UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE COLON,

                              Plaintiff,

        -against-

WESTCHESTER COUNTY, et al.,

                              Defendant.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __10/4/2021____
```

19 CV 3405 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On May 20, 2019, the Court issued an Order granting Plaintiff IFP status and directed the Clerk of the Court to mail a copy of the Order to Plaintiff.  (ECF No. 4.)  On May 22, 2019, the Court issued an Order of Service directing, among other things, the Clerk of the Court to mail an information package to Plaintiff.  (ECF No. 6.)  The Court's IFP Order and Information Package were both returned undeliverable.

On June 28, 2021, the Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before July 28, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  (ECF No. 13.)  The Order was mailed to Plaintiff on this same day.  Plaintiff has not responded to the Order to Show Cause, or communicated with the Court since April of 2019.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate this action, mail a copy of this order to *pro se* Plaintiff at the address on ECF, and show service on the docket.

Dated:    October 4, 2021                     SO ORDERED:
              White Plains, New York

_____
                              NELSON S. ROMÁN
                       United States District Judge